**DEFAULT O/E JAD**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Ronette L. Saunders<br>          William L. Saunders Jr.<br>                              Debtor(s) | BK. NO. 17-20196 JAD |
| Toyota Lease Trust<br>                              Movant<br>          v.<br>Ronette L. Saunders<br>William L. Saunders Jr.<br>                              Respondent<br>          and<br>TNatalie Lutz Cardiello Esq., Trustee<br>                              Additional Respondent | CHAPTER 7<br>Related to Docket # 21 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 15th day of June, 2017, at Pittsburgh, upon Motion of Toyota Lease Trust, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2014 TOYOTA CAMRY, VIN: 4T4BF1FK1ER363642, , in a commercially reasonable manner.

_____ jsf
United States Bankruptcy Judge
JEFFERY A. DELLER

cc: See attached service list:

FILED
6/15/17 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Ronette L. Saunders
536 Morgan Street
Pittsburgh, PA 15219

William L. Saunders Jr.
536 Morgan Street
Pittsburgh, PA 15219

Lauren M. Lamb Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Gulf Building
Pittsburg, PA 15219
llamb@steidl-steinberg.com

Natalie Lutz Cardiello Esq.
107 Huron Drive (VIA ECF)
Carnegie, PA 15106
ncardiello@comcast.net

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William L. Saunders, Jr.
Ronette L. Saunders
    Debtors

Case No. 17-20196-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: lfin              Page 1 of 1              Date Rcvd: Jun 15, 2017
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.
db/jdb       +William L. Saunders, Jr.,   Ronette L. Saunders,   536 Morgan Street,   Pittsburgh, PA 15219-4615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2017 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
        Lauren M. Lamb    on behalf of Debtor William L. Saunders, Jr.
         julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com
        Lauren M. Lamb    on behalf of Joint Debtor Ronette L. Saunders
         julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com
        Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                      TOTAL: 7