**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William L. Saunders Jr.
Ronette L. Saunders**
  Debtor(s)

Bankruptcy Case No.: 17–20196–JAD

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Natalie Lutz Cardiello is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: July 26, 2017

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William L. Saunders, Jr.
Ronette L. Saunders
      Debtors

Case No. 17-20196-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: admin        Page 1 of 1        Date Rcvd: Jul 26, 2017
                              Form ID: 129      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.
db/jdb        +William L. Saunders, Jr.,   Ronette L. Saunders,   536 Morgan Street,   Pittsburgh, PA 15219-4615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                                               Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Debtor William L. Saunders, Jr.
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com
              Lauren M. Lamb    on behalf of Joint Debtor Ronette L. Saunders
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com
              Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                    TOTAL: 7